**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, | No. 126 MM 2015

Respondent

v.

KATHY JO BELL,

Petitioner

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2015, the Petition for Leave to File Petition for Allowance of Appeal is **GRANTED**. Although counsel has failed to show that the untimeliness was due to anything other than his own negligence, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is **DIRECTED** to file the already-prepared Petition for Allowance of Appeal within 5 days.